1  PHILLIP A. TALBERT
   United States Attorney
2  DARIN ROCK
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:17-po-00249-SAB |
|---|---|---|
| 12 | Plaintiff, | [Citation #6310166 CA/82] |
| 13 | v. | MOTION AND ORDER FOR DISMISSAL |
| 14 | IVAN LOPEZ, | |
| 15 | Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00249-SAB [Citation #6310166] against IVAN LOPEZ without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 13, 2017        Respectfully submitted,

                                PHILLIP A. TALBERT
                                United States Attorney

                        By:     /s/ Darin Rock
                                DARIN ROCK
                                Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00249-SAB [Citation #6310166] against IVAN LOPEZ be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 13, 2017**__

UNITED STATES MAGISTRATE JUDGE